FILED
CLERK, U.S. DISTRICT COURT

07/09/21

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DM _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

                v.

ANTHONY PERAINO and
VARTAN TABAKIAN,

            Defendants.

No. CR 2:21-cr-00316-AB

I N F O R M A T I O N

[18 U.S.C. § 371: Conspiracy to
Commit Health Care Fraud]

The Acting United States Attorney charges:

[18 U.S.C. § 371]

[ALL DEFENDANTS]

I.   GENERAL ALLEGATIONS

    At times relevant to this Information:

    A.   Defendant and Related Entities

    1.   Defendants ANTHONY PERAINO ("defendant PERAINO") and VARTAN
TABAKIAN ("defendant TABAKIAN") resided in Los Angeles, California.

    2.   Studio Pharmacy ("Studio") was a pharmacy controlled by
defendants PERAINO and TABAKIAN, whose principal place of business
was located in Studio City, California.

3.   Excel Care Pharmacy ("Excel") was a pharmacy controlled by defendants PERAINO and TABAKIAN, whose principal place of business was located in Chino, California.

B.   UCSHIP

4.   The University of California ("UC") required its students to obtain and maintain medical insurance.  The UC offered the University of California Student Health Insurance Plan ("UCSHIP") to UC students as one way by which the students could meet the medical insurance requirement.  To obtain and maintain health insurance under UCSHIP, student participants paid premiums in addition to their tuition.  These student-paid premiums were the exclusive source of funding for UCSHIP.  As of about April 2017, approximately 94,000 students were enrolled in UCSHIP.

5.   UCSHIP covered the cost of medications prescribed to UCSHIP beneficiaries provided the medications were "prescribed by a qualified licensed [p]hysician" and "[m]edically [n]ecessary for the direct care and treatment of [a beneficiary's] illness, injury or condition, or for prevention of an illness or condition."

6.   UCSHIP was a "health care benefit program," as defined under 18 U.S.C. § 24, namely, a public or private plan or contract, affecting commerce, under which medical benefits, items, or services were provided to individuals.

7.   OPTUMRx was a pharmacy benefit manager that provided services to UCSHIP, including serving as the claims administrator for UCSHIP.  As claims administrator, OPTUMRx processed claims for payment from UCSHIP that would be submitted by pharmacies, including Studio.

C.   Referral Fees, Purported Clinical Trials, and OPTUMRx's Refusal to Honor Studio's Future Claims

8.   Defendants PERAINO and TABAKIAN entered into agreements to pay substantial fees to individuals for the referral of prescriptions for compounded drug "kits" that had been prescribed for UCSHIP beneficiaries as part of purported clinical trials.

9.   Before April 13, 2017, OPTUMRx notified defendants PERAINO and TABAKIAN, and others known and unknown to the Acting United States Attorney, that OPTUMRx would no longer honor any future claims for payment submitted by Studio for filling prescriptions.

II.   OBJECT OF THE CONSPIRACY

10.   Beginning no later than on or about April 13, 2017, and continuing through at least on or about April 18, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants PERAINO and TABAKIAN, together with others known and unknown to the Acting United States Attorney, knowingly conspired to commit health care fraud against the United States, in violation of Title 18, United States Code, Section 1347.

III.   THE MANNER AND MEANS OF THE CONSPIRACY

11.   The object of the conspiracy was carried out, and to be carried out, in substance, as follows:

a.   Defendants PERAINO and TABAKIAN would pay marketers, including Marketer 1 and Marketer 2, for the referral of compounded drug "kit" prescriptions that were prescribed for UCSHIP beneficiaries who had purportedly participated in a clinical trial.

b.   Defendants PERAINO and TABAKIAN would cause Studio to fill such prescriptions and to submit claims to OPTUMRx for payment by UCSHIP based on these prescriptions.

c.   Knowing that OPTUMRx had refused to honor all future prescription claims submitted by Studio as of April 13, 2017, and intending to evade that refusal in order to continue receiving payment on their claims, defendants PERAINO and TABAKIAN would cause false and fraudulent claims for payment for filling prescriptions to be submitted to OPTUMRx.  Specifically, defendants PERAINO and TABAKIAN, and others known and unknown to the Acting United States Attorney, would: (1) cause to be back-dated approximately 657 prescriptions for UCSHIP beneficiaries to create the appearance that such prescriptions had been filled at a time when OPTUMRx would still honor Studio's claims for payment; and (2) cause claims for payment based on such prescriptions to be submitted through Excel to further create the appearance that such prescriptions were unaffected by OPTUMRx's refusal to honor Studio's future claims.

IV.   OVERT ACTS

12.   In furtherance of the conspiracy, and to accomplish its object, defendants PERAINO and TABAKIAN, and others known and unknown to the Acting United States Attorney, committed, and willfully caused others to commit, the following overt acts, among others, in the Central District of California, and elsewhere:

Overt Act No. 1: On or about April 18, 2017, defendants PERAINO and TABAKIAN caused Excel to submit to UCSHIP a claim in the approximate amount of $3,891 to reimburse Excel for filling an Xelitral prescription for UCSHIP Beneficiary 1.

1         <u>Overt Act No. 2</u>: On or about April 18, 2017, defendants

2 PERAINO and TABAKIAN caused Excel to submit to UCSHIP  a claim in the

3 approximate amount of $3,891 to reimburse Excel for filling an

4 Xelitral prescription for UCSHIP Beneficiary 2.

5         <u>Overt Act No. 3:</u> On or about April 18, 2017, defendants

6 PERAINO and TABAKIAN caused Excel to submit to UCSHIP a claim in the

7 approximate amount of $3,891 to reimburse Excel for an filling an

8 Xelitral prescription for UCSHIP Beneficiary 3.

9         <u>Overt Act No. 4:</u> On or about April 18, 2017, defendants

10 PERAINO and TABAKIAN caused Excel to submit to UCSHIP a claim in the

11 approximate amount of $3,891 to reimburse Excel for filling an

12 Xelitral prescription for UCSHIP Beneficiary 4.

13                                       TRACY L. WILKISON
                                        Acting United States Attorney

16                                         SCOTT M. GARRINGER
                                        Assistant United States Attorney

17                                         Chief, Criminal Division

18                                         MARK WILLIAMS
                                        Assistant United States Attorney

19                                         Chief, Environmental Crimes Section

20                                         KRISTEN A. WILLIAMS
                                        Assistant United States Attorney

21                                         Deputy Chief, Major Frauds Section

22                                         MARK AVEIS
                                        Assistant United States Attorney

23                                         Major Frauds Section

24                                         PAUL G. STERN
                                        Assistant United States Attorney

25                                         Senior Trial Attorney

26

27

28