UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>PLAINTIFF(S)<br>v.<br>Anthony Peraino. et al<br>DEFENDANT(S). | CASE NUMBER<br>2:21-cr-00316 AB<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Criminal Cases)** |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

September 14, 2021
Date

George H. Wu
United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

____________________

Date

United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case 2:20-cr-00021 GW and the present case:

☒ A. Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

☒ B. Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

**Notice to Counsel from Clerk**

On all documents subsequently filed in this case, please substitute the initials GW after the case number in place of the initials of the prior judge, so that the case number will read 2:21-cr-00316 GW . This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☐ PSALA ☐ PSAED ☐ USMLA ☐ USMSA ☐ USMED ☐ Previous Judge ☐ Statistics Clerk