TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
Assistant United States Attorney
Major Frauds Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-4477
Facsimile: (213) 894-6269
E-mail: mark.aveis@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY PERAINO<br>and<br>VARTAN TABAKIAN,<br><br>Defendants. | No. CR 21-316-GW<br><br>FIRST STIPULATION TO CONTINUE SENTENCING FOR DEFENDANTS ANTHONY PERAINO AND VARTAN TABAKIAN<br><br>**CURRENT SENTENCING DATE:**<br>April 21, 2022<br><br>**PROPOSED SENTENCING DATE:**<br>January 19, 2023 |

The parties, by and through their counsel of record, hereby stipulate and request that the Court continue the sentencing for defendants Anthony Peraino and Vartan Tabakian to January 19, 2023, at 8:00 a.m., to allow the parties sufficient time to prepare their sentencing positions in light of the expected continuance of trial to

///

///

///

///

September 2022 of the related case of *U.S. v. Paul Randall,* CR 20-31-GW, and the desired completion of that case before the sentencing of defendants Peraino and Tabakian.

IT IS SO STIPULATED.

Dated: February 20, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

/s/

MARK AVEIS
Assistant United States Attorney
Attorneys for Plaintiff
United States Of America

/s/

REUVEN COHEN
Attorney for Anthony Peraino

/s/

BENJAMIN GLUCK
Attorney for Vartan Tabakian