E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
Assistant United States Attorney
Major Frauds Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-4477
Facsimile: (213) 894-6269
E-mail: mark.aveis@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY PERAINO<br>and<br>VARTAN TABAKIAN,<br><br>Defendants. | No. CR 21-316-GW<br><br><u>FIRST STIPULATION TO CONTINUE SENTENCING FOR DEFENDANTS ANTHONY PERAINO AND VARTAN TABAKIAN</u><br><br>**CURRENT SENTENCING DATE:**<br>January 19, 2023<br><br>**PROPOSED SENTENCING DATE:**<br>May 11, 2023 |

The parties, by and through their counsel of record, hereby stipulate and request that the Court continue the sentencing for defendants Anthony Peraino and Vartan Tabakian to May 4, 2023, at 8:00 a.m., to allow the parties sufficient time to prepare their sentencing positions in light of the continuance of the sentencing

///

///

///

///

hearing to February 2023 for the related case of *U.S. v. Paul Randall*, CR 20-31-GW, and the desired completion of that case before the sentencing of defendants Peraino and Tabakian.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 15, 2022

E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

/s/
MARK AVEIS
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

/s/
REUVEN COHEN
Attorney for Anthony Peraino

/s/
BENJAMIN GLUCK
Attorney for Vartan Tabakian