E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
Assistant United States Attorney
Major Frauds Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-4477
Facsimile: (213) 894-6269
E-mail: mark.aveis@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY PERAINO<br>and<br>VARTAN TABAKIAN,<br><br>Defendants. | No. CR 21-316-GW<br><br><u>[proposed] ORDER APPROVING STIPULATION TO CONTINUE SENTENCING FOR DEFENDANTS ANTHONY PERAINO AND VARTAN TABAKIAN</u><br><br>Date: May 11, 2023<br>Time: 8:00 a.m. |

Based on the parties’ stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing for defendants Anthony Peraino and Vartan Tabakian is hereby continued to May 11, 2023 at 8:00 a.m.

Dated: ___________2022

______________________________
Hon. George H. Wu
U.S. District Judge