Benjamin N. Gluck - State Bar No. 203997
bgluck@birdmarella.com
Ray S. Seilie - State Bar No. 277747
rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Vartan Tabakian

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANTHONY PERAINO and VARTAN TABAKIAN,<br>Defendants. | CASE NO. 2:21-cr-00316-GW-2<br>**DEFENDANT VARTAN TABAKIAN'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT**<br>Date: May 11, 2023<br>Time: 8:00 a.m.<br>Crtrm.: 9D<br>Assigned to Hon. George H. Wu |

Pursuant to Federal Rule of Criminal Procedure 32(f), Defendant Vartan Tabakian submits this response to the Presentence Investigation Report ("PSR") served on Thursday, April 6, 2023.

Tabakian does not have any objections to the Sentencing Guidelines calculation or the analysis of the sentencing factors contained in the PSR. However, he respectfully submits the following factual corrections to the report:

In **Paragraph 51**, the telephone number of Tabakian's mother is a residential landline, not a cellular phone number.

In **Paragraph 52**, the PSR states that at the time of his death, Tabakian's father was "living in Granada Hills, California." Although Tabakian's father passed away in hospice care located in Granada Hills, his place of residence was still Porter Ranch, California at that time.

In **Paragraph 73**, the PSR states that Tabakian "co-owned" Excel Pharmacy. Although Tabakian did participate in Excel's operation, he did not have an ownership interest in the company.

In **Paragraph 80(a)**,the PSR states, "On March 31, 2017, Alan Dadourian purchased the property located at […] Falcon Crest Court, Porter Ranch, California 91326, for $1,125,000. On March 6, 2017, he transferred title of this property to Roubina Boyadjian." Tabakian notes that the dates in the current version of this paragraph are inconsistent: March 31, 2017 is after March 6, 2017, and it would have been impossible for Dadourian to have purchased the property *after* he transferred title to Boyadjian. Tabakian believes that this property was purchased by Dadourian on March 3, 2017, and that it was transferred on March 6, 2017 (as the PSR states).

In **Paragraph 80(c)**, the PSR states, "On October 4, 1993, Elize Tabakian and Vartan Tabakian purchased the property located at 18214 Los Alimons Street, Northridge, California, 91326 …." Tabakian requests two factual corrections to this sentence. *First*, the property was not purchased under his name: it was purchased by

his father, **Vasken Vartan** Tabakian (whose first and middle names are a swap of Tabakian's first and middle names).[1] *Second*, the property is located on "Los Alimos Street," not "Los Alimons Street."

A separate sentence in the same paragraph states, "On March 8, 2022, Elize Tabakian transferred title of the property to EPT Trust, and EPT trust transferred title of the property to Elize Tabakian and Vartan Tabakian, trustees." This is inaccurate. There was only a single transfer of the property from Elize Tabakian to EPT Trust, for which Elize Tabakian and Vartan Tabakian are named trustees. In addition, the inclusion of Vartan Tabakian as a trustee was an error, and he is currently working to correct that mistake.

In **Paragraph 80(e)**, the PSR states that "Tabakian is associated with … Influential Media LLC." Tabakian is aware that his co-defendant, Anthony Peraino, is involved with that entity, but is not familiar with that entity does and is unaware of any way in which he is "associated" with it.

DATED: April 20, 2023

Benjamin N. Gluck
Ray S. Seilie
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: */s/ Benjamin N. Gluck*
Benjamin N. Gluck
Attorneys for Defendant Vartan Tabakian

[1] Tabakian further notes that he was only 15 years old when this property was purchased in 1993.