E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4477
    Facsimile: (213) 894-6269
    E-mail:   mark.aveis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-316-GW |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING POSITION FOR DEFENDANTS ANTHONY PERAINO AND VARTAN TABAKIAN |
| v. | |
| ANTHONY PERAINO and VARTAN TABAKIAN, | Date: May 11, 2023<br>Time: 8:00 a.m. |
| Defendants. | |

**I.    RESPONSE TO PRESENTENCE REPORTS**

The government concurs in the factual findings and advisory sentencing guidelines calculations in the presentence reports for each defendant. (Dkts. 28,30.) In defendants' plea agreements (that are substantially identical), the parties stipulated to a two-level increase for sophisticated means and left open for debate at sentencing the amount of loss. (*See, e.g.,* Peraino plea agreement, Dkt. 30, at ¶ 17.) The probation officer determined that there was no loss, either actual or intended, based on the plea agreements' factual bases and noting defendants' view that defendants withdrew

their fraudulently back-dated claims before the victim insurer detected the offense conduct.  (*See, e.g.,* Peraino PSR at ¶ 30(b)(iv).)  Accordingly, the probation officer followed the sophisticated means guideline and determined that the net offense level should be raised to 12.  (*Id.,* at ¶ 30(c).)  The government believes that this determination was implicit in the plea agreements as the parties had left open for debate the possibility of no enhancement for loss (as, indeed, defendants so advised the probation officer).

## II.     GOVERNMENT'S SENTENCING RECOMMENDATION

The government recommends that the Court place each defendant on probation for three years.  The government further requests that the Court order that each defendant pay a fine of $10,000 (to which each defendant agreed in his plea agreement, *see, e.g.,* Peraino plea agreement at ¶ 11.)  The government submits on all other terms and conditions.

Dated: May 2, 2023

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

          /s/
_____
MARK AVEIS
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA